# UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY

#### (609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608


April 18, 2018


## LETTER ORDER


Re:     **Leroy France v. Cenlar FSB**
        **Civil Action No. 18-2281 (MAS)**

Dear Counsel:

Formal discovery in this case is hereby stayed.   The parties shall exchange discovery necessary to facilitate settlement.   The parties shall submit a status update by **May 31, 2018** to tjb_orders@njd.uscourts.gov.   If the matter does not settle a complete discovery schedule shall be entered.

**IT IS SO ORDERED.**


_____s/ Tonianne J. Bongiovanni_____
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**